# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONALD GILBERG, *et al.*,          )
                                               )

         Plaintiffs,              )
                                               )

         v.                    )
                                               )

METLIFE, INC., *et al.*,         )
                                               )

         Defendants/Third-Party Plaintiffs,  )   **Civil Case No. 09-1826 (RJL)**
                                               )

         v.                    )
                                               )

BANK OF AMERICA, N.A., d/b/a U.S. Trust   )
Bank of America Private Wealth Management,   )
as successor in interest to U.S. Trust Company,   )
N.A.,                                             )
                                               )

         Third-Party Defendant.         )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this **24** day of August, 2010, hereby

**ORDERED** that U.S. Trust's Motion to Dismiss Third-Party Complaint [#20] is **GRANTED**; and it is further

**ORDERED** that defendants' Third-Party Complaint be **DISMISSED WITH PREJUDICE.**

         SO ORDERED.

_____
RICHARD J. LEON
United States District Judge